FILED
UNITED STATES DISTRICT COUR
DISTRICT OF NEW MEXICO

21 MAY 25  AM II: 05

CLERK-LAS CRUCES

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| John Benjamin Thornton | ) | Case No.   21-713 MJ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 18, 2021 _____ in the county of _____ Dona Ana _____ in the

_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Transmitting in interstate commerce communications containing any threat to injure the person of another |

This criminal complaint is based on these facts:

See Attachment A, attached and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Buckrop, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5|25|2021

_____
*Judge's signature*

City and state:          Las Cruces, New Mexico

Gregory B. Wormuth, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A - AFFIDAVIT

I, Ryan Buckrop, am a Special Agent with the Federal Bureau of Investigation and have been employed as such since August 2016.  In my career, I have investigated numerous violations of a variety of federal statutes, including violent crimes, drug trafficking, and allegations of threats made by subjects in violation of 18 U.S.C. § 875(c), Interstate Communications.

On or about May 18, 2021, the FBI received information that the user of cellular telephone number, who's subscriber is John Benjamin Thornton, sent threatening communications via text to four different individuals.

Victim 1, who was in Katy, Texas at the time he/she received the message, received the following message:



Victim 2, who was in Katy, Texas, at the time he/she received the message, received the following text messages:



1:00                                                        ⚫⚫ LTE 🔋

‹                              👤

+1 (575) 993-8397

Today 11:45 AM

NECK

I hope this is still your number
. This is being tattooed on my neck.
Then we are going to take the hells
angels and shotgun at everyone at D–
WAVE.

Text Message

🔵Pay          2ND
IST



1:00     LTE

+1 (575) 993-8397



They work for me now.

Tell my concern their father is The revolutionary war general.

5 stars now. 5 stars after I execute Joe Biden for Treason.

I'm killing them for Superconductive Quantum Tunneling into the Brainwaves of Methamphetamine users, globally.  mk ultra,b it's Methamphetamine Kinetics Superconducted.

You're a traitor. I'm going to execute you for Treason as well.

You should be scared.





Victim 3, who was in Navarre, Florida at the time he/she received the message, received the following messages:





1:11     .ıl LTE 🔋



2 People



This is being tattooed on my neck.
Then we are taking the Hells Angel's
to d-wave quantum computer
company and shotgun execute every
single one of them for running MK
ULTRA

it's Methamphetamine Kinetics
Superconducted.

Then I'm going execute you for
Treason as well. I'm going to kill you
for standing in my way.







1:11 LTE



2 People



They work for me. Unless he wants to repent. 😈 📧
You are so stupid. I AM a professional biomedical equipment specialist that worked on the staff that built the neurological Research institute at Texas Children's Hospital in Houston it's most advanced in the world. That's my resume. Yes says. You're FUCKING DEAD █████
We already voted. Love your last days
If █████ didn't intervene on my children like you did. She will be spared.

iMessage





Victim 4, who was in Katy, Texas at the time he/she received the message, received the following message:



If this is ██████████ Hello, it's John Thornton Sr.

Because your daughter is an idiot, she has completely forced me to be who I AM.

This is going to be tattooed around my neck. I AM leading the 3%ers. To execute the Terrorists at D-wave quantum computer company. They are using an absolute zero degree Superconductive Quantum Interference Device Dilution System. To Joseph-son Effect quantum Tunnel into the Brainwaves of ALL Methamphetamine users Brainwaves, globally.

It's called MK ULTRA.

I'm taking the Hells Angels and we are killing everyone at D-WAVE to start the Revolution.

Just so you know, my ex wife is a traitor and is likely to be executed by my new government.

Since you all seem to be mentally retarded. I am a Biomedical Equipment Specialist trained by the DOD.

I worked on the staff that built the Neurological Research Institute at Texas Children's Hospital. The finest on the planet.



On May 20, 2021, FBI agents involved in the investigation conducted a review of information located in the FBI's complaint database system related to Thornton.  Thornton has been the subject of complaints since November 11, 2020, by several persons who have received messages characterized as disturbing or threatening since that time.

On May 21, 2021, FBI agents obtained a federal search warrant to review records regarding the location of Thornton's cellular telephone—the same device that sent the text messages listed above.  According to records from Thornton's cell phone provider, his phone was in Las Cruces, New Mexico, when the texts referenced above were sent.  Accordingly, the communications described above crossed state lines.

Based on a review of Thornton's driver's license photo, agents recognized him in photos associated with the threatening text messages sent from the cellular phone subscribed by Thornton.

Based on the information described above, there is probable cause that John Benjamin Thornton committed violations of Title 18, United States Code, § 875(c) – Transmitting in interstate commerce communications containing any threat to injure the person of another.

Ryan Buckrop
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 24th day of May 2021.

Honorable Gregory B. Wormuth
United States Magistrate Judge

