IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 JUN 23  PM 4: 35

CLERK-LAS CRUCES

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 21-878 KG |
| vs. | ) | Counts 1-3: 18 U.S.C. § 875(c): Threats in Interstate Commerce. |
| JOHN BENJAMIN THORNTON, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### Counts 1-3

On or about the dates listed below, in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **JOHN BENJAMIN THORNTON**, knowingly and willfully transmitted in interstate and foreign commerce communications containing threats to injure the person of another as identified below:

| Count | Date | Victim | Means of Communication | Messages |
|---|---|---|---|---|
| 1 | May 18, 2021 | Jane Doe | Text message sent from phone number ending in 8397 | Threat to kill Jane Doe. |
| 2 | May 18, 2021 | John Doe | Text message sent from phone number ending in 8397 | Threat to kill John Doe. |
| 3 | May 23, 2021 | Jane Doe | Facebook message from account ID 100065458021656 | Threat to kill Jane Doe. |

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney
06/23/21 4:00PM