IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                            No. 21-CR-878 KG

JOHN BENJAMIN THORNTON,

    Defendant.

## DEFENDANT'S EXHIBIT LIST

COMES NOW, the Defendant John Benjamin Thornton, by and through his attorney, Bernadette Sedillo, and without waiving the right to introduce different or additional exhibits, hereby submits the attached list of exhibits that he may offer to be used during the trial in this matter:

                                Respectfully submitted,

                                FEDERAL PUBLIC DEFENDER
                                506 S. Main, Suite 400
                                Las Cruces, New Mexico 88001
                                (575) 527-6930

                                ***Electronically filed 10/25/21***
                                By: /s/ Bernadette Sedillo
                                BERNADETTE SEDILLO
                                Assistant Federal Public Defender

## *UNITED STATES v. JOHN BENJAMIN THORNTON*
## No. 21cr878 KG

### John Benjamin Thornton's Exhibit list

| Exhibit No. | Description of Exhibit | Notes | Off'd? | Obj? | Ruling |
|---|---|---|---|---|---|
| A | E-mail to D-Wave<br>Subject: SQUID dilution system physics,<br>Date: April 1, 2021<br>Disc. No. 323 | | | | |
| B | E-mail to D-Wave<br>Subject: My Resume, Date: April 5, 2021<br>Disc. No. 322 | | | | |
| C | Email to D-Wave<br>Subject: Employees guilty of terrorism,<br>Date: April 5, 2021<br>Disc. No. 319-320 | | | | |
| D | Email to D-Wave<br>Subject: HAMAS KNOWS YOU GUYS MK-ULTRA, Date: May 12, 2021<br>Disc. No. 321 | | | | |
| E | E-mail from Amy Vo<br>Subject: HAMAS KNOWS YOU GUYS MK ULTRA, Date: May 18, 2021<br>Disc. No. 326 | | | | |
| F | E-mail from Amy Vo<br>Subject: Investment, Date: May 21, 2021<br>Disc. No. 325 | | | | |
| G | Facebook screenshot<br>Disc. No. 372 | | | | |
| H | Screenshot DARPA Whisteblower | | | | |
| I | Screenshot - Employees guilty of terrorism<br>Disc.. No. 328 | | | | |
| J | Screenshot – NSA Bribe Attempt | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| K | Screenshot – NSA tweet | | | | | |
| L | Screenshot – Message to DOJ 3 | | | | | |
| M | Screenshot – Report of Information to DOJ | | | | | |
| N | Screenshot –Message to DOJ 2 | | | | | |
| O | Screenshot – Message to DOJ | | | | | |
| P | Screenshot – Message to DOJ 4 | | | | | |
| Q | Screenshot – Message to DOJ 2 | | | | | |
| R | Screenshot – Message to Senator Graham | | | | | |
| S | Screenshot – Message to Martin Heinrich | | | | | |
| T | Screenshot – Message to CIA | | | | | |
| U | Screenshot – Information to CIA | | | | | |
| V | Letter to Dad | | | | | |
| W | Screenshot – Information to Senator Romney | | | | | |
| X | Screenshot CSM Casas | | | | | |
| Y | Screenshot – Contact for Jim Bates | | | | | |
| Z | Photo of sons | | | | | |
| AA | Photo of sons leaving on wall | | | | | |
| BB | Photo of sons and Mr. Thornton | | | | | |
| CC | Photo of twins on ship | | | | | |
| DD | Photo of Medals | | | | | |
| EE | Photo of Medals | | | | | |
| FF | Photo of Federal Security Officer | | | | | |
| GG | Screenshot of Ford's SQUID Team 2 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| HH | Screenshot of Ford's SQUID Team | | | | |
| II | Screenshot of Ford's SQUID Team | | | | |
| JJ | Screenshot of Message to CIA (Not a mission impossible movie) | | | | |
| KK | Screenshot of Message to CIA (Grow up) | | | | |
| LL | Facebook chat with Michelle Kennedy | | | | |
| MM | D-Wave Binder | | | | |
| NN | Facebook Post Pages 40 and 41 | | | | |
| OO | Facebook Post Pages 42 thru 44 and 49 thru 51 | | | | |
| PP | Facebook Post Pages 52-53 Messages to groups about D-Wave | | | | |
| QQ | Facebook Post Pages 57-59 | | | | |
| RR | Facebook Post Pages 61-63 | | | | |
| SS | FOIA Request | | | | |
| TT | Facebook (For me it's all about what I can do for people) | | | | |
| UU | MK-Ultra History Article | | | | |
| VV | Video of Quantum Journey D-Wave Chief Scientist Eric Ladizinsky | | | | |