IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 21-CR-878-KG |
| vs. | ) | |
| **JOHN BENJAMIN THORNTON**, | ) | |
| Defendant. | ) | |

## **UNITED STATES' EXHIBIT LIST**

The United States hereby submits the attached list of exhibits for the convenience of the Court and counsel. The United States retains the right to submit additional exhibits for review as may become necessary prior to and during trial.

| EX. NO. | DESCRIPTION OF EXHIBIT | ADMITTED? |
|---|---|---|
| 1. | Photo of Front of Apartment 3901 Sonoma Springs Ave, Apt. 1908 | |
| 2. | Photo of Side of Apartment 3901 Sonoma Springs Ave, Apt.1908 | |
| 3. | Map of Katy, TX | |
| 4. | Map of Manhattan Beach, CA | |
| 5. | Map of Monterey Bay, CA | |
| 6. | Map of Navarre, FL | |
| 7. | February 4, 2021 Facebook Post | |
| 8. | February 5, 2021 Facebook Post | |

| EX. NO. | DESCRIPTION OF EXHIBIT | ADMITTED? |
|---|---|---|
| 9. | February 16, 2021 Facebook Post | |
| 10. | February 17, 2021 Facebook Post 1 | |
| 11. | February 17, 2021 Facebook Post 2 | |
| 12. | February 17, 2021 Facebook Post 3 | |
| 13. | March 31, 2021 Email to D-Wave | |
| 14. | April 1, 2021 Email to D-Wave | |
| 15. | April 3, 2021 Facebook Post | |
| 16. | April 5, 2021 Email to D-Wave | |
| 17. | April 10, 2021 Facebook Post | |
| 18. | May 12, 2021 Email to D-Wave | |
| 19. | Screenshot of May 12, 2021 Email Sent to D-Wave Posted on Facebook | |
| 20. | May 18, 2021 Text Message to T.T. | |
| 21. | May 18, 2021 Text Message to R.T. | |
| 22. | May 23, 2021 Facebook Post | |
| 23. | Cellebrite Extraction Report for johnthornton28@gmail.com for emails sent to D-Wave on May 12, 2021 | |
| 24. | Thornton Facebook Account 100043785620771 | |
| 25. | Thornton Facebook Profile Pictures for Account 10004378560771 | |

| EX. NO. | DESCRIPTION OF EXHIBIT | ADMITTED? |
|---|---|---|
| 26. | Thornton Facebook Account 100065458021656 | |
| 27. | Thornton Facebook Profile Pictures for Account 100065458021656 | |
| 28. | D-Wave Website | |
| 29. | Draft CAST Report October 14, 2021 | |
| 30. | Black OnePlus Cell Phone Model: A6013 IMEI: 865208042768054 (Physical Exhibit) | |
| 31. | Order in Suit to Modify Parent-Child Relationship | |

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

***Electronically filed 10/25/2021***
MARISA A. ONG
JONI A. STAHL
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.
_____/s/_____
MARISA A. ONG
Assistant United States Attorney