IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. <u>21-CR-878 KG</u> |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 2261A(2)(B) and |
| ) | 2261(b): Cyberstalking; |
| **JOHN BENJAMIN THORNTON**, ) | |
| ) | Counts 2-9: 18 U.S.C. § 875(c): Threats |
| Defendant. ) | in Interstate Commerce. |

<u>S E C O N D   S U P E R S E D I N G   I N D I C T M E N T</u>

The Grand Jury charges:

<u>Count 1</u>

Between on or about February 4, 2021, and May 23, 2021, in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **JOHN BENJAMIN THORNTON**, with the intent to harass and intimidate T.T., used facilities of interstate and foreign commerce, including an electronic communication service and an interactive computer service, to engage in a course of conduct, to wit, the sending of text messages and posting messages on Facebook, that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to T.T., a former spouse of the defendant.

In violation of 18 U.S.C. §§ 2261A(2)(B) and 2261(b).

<u>Counts 2-9</u>

On or about the dates listed below, in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **JOHN BENJAMIN THORNTON**, with the intent to threaten, and knowing it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another as identified below:

| Count | Date | Victim | Means of Communication | Messages |
|---|---|---|---|---|
| 2 | February 4, 2021 | T.T. | Facebook messages | Threat to injure T.T. |
| 3 | February 16, 2021 | E.L. | Facebook messages | Threat to injure and/or kill E.L. and/or employees of D-Wave |
| 4 | April 3, 2021 | T.T. | Facebook messages | Threat to injure T.T. |
| 5 | April 10, 2021 | E.L. | Facebook messages | Threat to kill E.L. |
| 6 | May 12, 2021 | E.L. | E-Mails | Threat to kill E.L. and/or employees of D-Wave |
| 7 | May 18, 2021 | T.T. | Text messages | Threat to kill T.T. |
| 8 | May 18, 2021 | R.T. | Text messages | Threat to kill R.T. |
| 9 | May 23, 2021 | T.T. | Facebook messages | Threat to kill T.T. |

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
11/09/21  1:32PM

2