IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-CR-878-KG |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| JOHN BENJAMIN THORNTON, ) | |
| ) | |
| Defendants. ) | |

## JOINT PROPOSED STATEMENT OF THE CASE

1. This is a criminal case brought by the United States government. I will sometimes refer to the United States as the prosecution. The charges against the defendant are contained in the Second Superseding Indictment. I will sometimes refer to the Second Superseding Indictment as the Indictment.

2. Assistant United States Attorneys Marisa A. Ong and Joni A. Stahl will be prosecuting this case and representing the United States of America. Defendant John Benjamin Thornton is represented by Bernadette Sedillo and Gia McGillivray.

3. Defendant John Benjamin Thornton is charged in Count 1 with cyberstalking his former spouse, T.T. John Benjamin Thornton is further charged in Counts 2 through 9 with making threats in interstate commerce. Counts 2, 4, 7, and 9 pertain to alleged conduct against T.T. Counts 3, 5 and 6 pertain to alleged conduct against E.L. And finally, Count 8 refers to alleged conduct against R.T.

4. The defendant is presumed to be innocent and the burden of proof of beyond a reasonable doubt is on the United States.

Respectfully Submitted,

FRED J. FEDERICI
United States Attorney

***Electronically filed on 11/22/21 by***
MARISA A. ONG
JONI AUTRY STAHL
Assistant United States Attorneys
200 N. Church Street
Las Cruces, New Mexico 88001
(575) 522-2304 – Tel.

**Approved by:**

Bernadette Sedillo
Gia McGillivray
Counsel for John Benjamin Thornton

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

**/s/**_____
MARISA A. ONG
Assistant United States Attorney