# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 21-878 KG | UNITED STATES vs. JOHN BENJAMIN THORNTON |
|---|---|

**Before The Honorable Kenneth J. Gonzales, United States District Judge**

| Hearing Date: | 12/3/2021 | Time In and Out: | 3:05 - 3:47 pm (42 minutes) |
|---|---|---|---|
| Clerk: | CHRIS EUBANKS | Court Reporter: | DANNA SCHUTTE EVERETT |
| Defendant: | JOHN BENJAMIN THORNTON | Defendant's Counsel: | BERNADETTE SEDILLO and GIA McGILLIVRAY |
| AUSA: | MARISA ONG and JONI STAHL | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn  ☒ First Appearance

☐ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Second Superseding Indictment**

☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☐ Terms and conditions of proposed plea agreement explained.   ☐ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☐ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to: **Second Superseding Indictment**

☐ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☒ Defendant to Remain in Custody

☐ Present conditions of release continued   ☐ Conditions changed to:

☐ Penalty for failure to appear explained

☒ Presentence Report Ordered   ☐ Expedited (Type III)

**Other Matters:**
Court addresses the defendant regarding waiver of personal appearance; defendant agrees to his personal presence at this hearing and agrees to proceed via video conferencing.