FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 JUL 13 PM 1:46

CLERK-LAS CRUCES

United States of America

V.

John Benjamin Thornton

Cause No. 2:21-cr-00878-KG

Due to the circumstances of ineffective council by Bernadette Sedillo and Brock Benjamin, I am forced to file this letter on my own behalf, to cite the United States Attorney, Marisa Ong for lying to Judge Kenneth J Gonzales during the December 1st and 2nd motions hearings. The colloquy, as evidence will show the following statement.

I

Marisa Ong made the statement that I, John Thornton, said "I was in the CIA"

II

This statement to federal judge is a

lie. I never said I was in the CIA, I said "I should be, in the future", based on conversations with James R Bath, involving my knowledge of D-wave quantum computer company being a quote "CIA front". I later reported my interaction with him to the FBI in Houston, where they refused to take my statement and threw me out. The United States Attorney, and the FBI refuse to acknowledge my personal relationship with James R Bath. I gave him specific credibility, because he has a published history, in "Time Magazine", where his business partner Bill White, made comments that his Harris County Court disputes against James R Bath were quote, "CIA fronts". The case files were all sealed by the NSA and Bill White went on to become the mayor of Houston, Texas.

### III

Marisa Ong cannot have it both ways. The FBI didn't investigate, so it is deemed "hearsay". The fact still remains, I never said "I'm in the CIA". The United States Attorney Marisa Ong is a liar in court, to a federal judge, in order to sway his judgement to grant discriminatory motions that supressed my stress enhancing injury, in the category of PTSD.

### IV

Given the FBI discriminated against me in Houston, by saying "I needed mental help" and not taking my statements, this constitutes lying to suppress incompetent obstruction of justice by the FBI, which is the reason for my direct threats to D-wave quantum computer company.

Respectfully submitted via United States Postal Service.

John Benjamin Thornton

*John Thornton*

08 July 22

Dona Ana Detention Center
John Thornton Bn # 715343
PO Box 2966
PMB 35803
San Antonio, TX 78299-2966

Clerk of Court
US Courthouse
100 N Church St
Las Cruces, NM 88001

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
RECEIVED
JUL 13 2022
MITCHELL R. ELFERS
CLERK OF COURT