FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 AUG -5 PM 2:35
CLERK-LAS CRUCES

United States Of America

V.

John Benjamin Thornton

Cause No. 2:21-cr-00878-KG

Response To Courtroom Slander And Defamation Of Character

To The Honorable Judge Of Said Court:

    Comes now John Benjamin Thornton, Pro Se Defendant, to file this letter of response in objection to the United States Attorney, Marisa Ong's statements during the December 1st and 2nd, 2021 motions hearings in this case. These statements only served as court recorded slander and defamation of character.

## I

Marisa Ong said my children were taken from me because of a woman

named Michelle Kennedy. Michelle Kennedy is my convicted assaulter. Marisa Ong is extremely abusive for making that statement.

## II

Marisa Ong mentioned a garnishment order for child support. The garnishment order she mentioned is frivolously filed in Harris County, Texas, Family Court. My ex-wife and I are still in the middle of a child support dispute in the Court of The Office of the Attorney General. My ex-wife, Tara Thompson failed to report income to that court from me. In September of 2019 I proved to the court that she had been paid with only a few thousand dollars of arrears. I even did that without an income adjustment lowering the monthly payment by a few hundred dollars. After that court date my ex wife contested the ruling because of health insurance bills. I moved to

New Mexico a few months later. Tara Thompson, my ex-wife was given my address to serve me at my request, and has failed to do so. This leaves the garnishment order that Marisa Ong mentioned "unenforceable".

### III

Marisa Ong is abusive and her statements hold no relevance. She made the statements to slander me, and cause defamation of character. I suffer from Post Traumatic Stress Disorder, Hyper Arousal, which is a stress enhancing injury. Her behavior has caused me pain, suffering, and humiliation.

### IV

Due to the ineffective defense of Bernadette Sedillo, my court appointed public defender at the time, no objection was made. I dealt with the abuse in dehumanizing silence.

Respectfully Submitted Via
United States Postal Service.

John Benjamin Thornton
01 Aug 22

*John Thornton*

Dona Ana Detention Center
John Thornton BW # 715343
PO Box 2966
PMB 35803
San Antonio, TX 78299-2966

Clerk of Court
US Courthouse
100 N Church St
Las Cruces, NM 88001

